## Cobb P & G, Inc.
## Projected Cash Flow – Herd Start-up
## Beginning January 1, 2010

|  | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| Beg. Sow Inventory | 260 | 260 | 270 | 280 | 280 | 280 |
| Gilts in Service | 0 | 10 | 10 | 10 | 10 | 10 |
| Sows Culled | 0 | 0 | 0 | 10 | 10 | 10 |
| Ending Sow Inventory | 260 | 270 | 280 | 280 | 280 | 280 |
| Sows Farrowed | 0 | 0 | 50 | 50 | 50 | 50 |
| Pigs Born | 0 | 0 | 475 | 475 | 475 | 475 |
| Butchers Sold | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Pig Inventory | 0 | 0 | 475 | 950 | 1,425 | 1,900 |
| **Period Cash Inflow:** | | | | | | |
| Sows Sold @ $150 | 0 | 0 | 0 | 1,500 | 1,500 | 1,500 |
| Butchers Sold | 0 | 0 | 0 | 0 | 0 | 0 |
| Land Rent | 0 | 0 | 3,000 | 0 | 0 | 0 |
| **Total Period Cash Inflow:** | 0 | 0 | 3,000 | 1500 | 1500 | 1500 |
| **Period Cash Outflow:** | | | | | | |
| Feed | 0 | | 0 | 5,000 | 8,000 | 18,000 |
| Pellets | 0 | | 500 | 500 | 500 | 500 |
| Semen | 0 | 2,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Maintenance | 0 | | 0 | 0 | 0 | 1,000 |
| Hog Loan | 0 | | 25,000 | 25,000 | 1,962 | 1,962 |
| Land Payment | 0 | | 0 | 0 | 1,476 | 1,476 |
| Utilities | 0 | | 0 | 0 | 0 | 0 |
| Labor | 0 | | 0 | 0 | 0 | 0 |
| Misc. Expenses/Taxes | 0 | | 0 | 0 | 0 | 0 |
| Vehicle | 0 | | 0 | 0 | 0 | 0 |
| Machinery Loan | 0 | | | | 987 | 987 |
| Vet & Medicine | 0 | | 500 | 600 | 600 | 600 |
| Freight & Trucking | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Cash Outflow:** | 0 | 2,000 | 27,000 | 32,100 | 14,525 | 25,525 |
| **Period Cash Flow** | 0 | -2000 | -24000 | -30600 | -13025 | -24025 |
| **Accumulative Cash Flow:** | 0 | -2000 | -26000 | -56600 | -69625 | -93650 |
| **Cash From Liquidation** | 3,650 | 7,500 | 53,400 | 61,650 | 38,900 | 7,900 |
| **Combined Accumulative Cash Flow** | 3,650 | 9,150 | 38,550 | 69,600 | 95,475 | 79,350 |

| Jul | Aug | Sep | Oct | Nov | Dec | | Totals |
|---|---|---|---|---|---|---|---|
| 280 | 280 | 280 | 280 | 280 | 280 | | 260 |
| 10 | 10 | 10 | 10 | 10 | 10 | | 110 |
| 10 | 10 | 10 | 10 | 10 | 10 | | 90 |
| 280 | 280 | 280 | 280 | 280 | 280 | | 280 |
| | | | | | | | |
| 50 | 50 | 50 | 50 | 50 | 50 | | 500 |
| | | | | | | | |
| 475 | 475 | 475 | 475 | 475 | 475 | | 4,750 |
| 0 | 0 | 450 | 450 | 450 | 450 | | 1,800 |
| 2,375 | 2,850 | 2,900 | 2,950 | 3,000 | 3,050 | | 3,050 |
| | | | | | | | |
| 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | | 13,500 |
| 0 | 0 | 57,000 | 54,207 | 52,500 | 50,150 | | 213,857 |
| 0 | 0 | 0 | 3,000 | 0 | 0 | | 6,000 |
| 1500 | 1500 | 58,500 | 58,707 | 54,000 | 51,650 | 233,357 | 233,357 |
| | | | | | | | |
| 23,000 | 28,000 | 34,000 | 34,000 | 34,000 | 34,000 | | 218,000 |
| 500 | 500 | 500 | 500 | 500 | 500 | | 5,000 |
| 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | 12,000 |
| 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | 7,000 |
| 1,962 | 1,962 | 1,962 | 1,962 | 1,962 | 1,962 | | 65,696 |
| 1,476 | 1,476 | 1,476 | 1,476 | 1,476 | 1,476 | | 11,808 |
| 1,000 | 1,000 | 1,000 | 1,000 | 1,500 | 1,500 | | 7,000 |
| 2,000 | 2,000 | 4,000 | 4,000 | 4,000 | 4,000 | | 20,000 |
| 500 | 500 | 500 | 500 | 6,200 | 500 | | 8,700 |
| 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | 6,000 |
| 987 | 987 | 987 | 987 | 987 | 987 | | 7,896 |
| 600 | 600 | 600 | 600 | 600 | 600 | | 5,900 |
| 0 | 0 | 2,600 | 2,600 | 2,600 | 2,600 | | 10,400 |
| 35,025 | 40,025 | 50,625 | 50,625 | 56,825 | 51,125 | 385,400 | 385,400 |
| -33525 | -38525 | 7,875 | 8,082 | -2,825 | 525 | -152,043 | -152,043 |
| -127175 | -165700 | -157,825 | -149,743 | -152,568 | -152,043 | | |
| 0 | 0 | 0 | 0 | 0 | 0 | | 173,000 |
| 45,825 | 7,300 | 15,175 | 23,257 | 20,432 | 20,957 | | 20,957 |