.

| | | |
|---|---|---|
| Carr's Heavy Equipment<br>175 Clay Street<br>Cadiz KY 42211 | Elan Financial Services<br>PO Box 108<br>Saint Louis MO 63166-9801 | Farm Plan<br>PO Box 5328<br>Madison WI 53705 |
| Integra Bank<br>796 Highway 41 N<br>Sebree KY 42455 | Integra Bank<br>21 SE Third St<br>P O Box 868<br>Evansville IN 47705-0868 | Larry Rogers Estate<br>c/o Carolyn Rogers<br>PO Box 153<br>Gracey KY 42232 |
| Mary Jo Hoffman<br>14287 Highway 672<br>Princeton KY 42445 | Owensboro Grain<br>719 E 2nd St<br>PO Box 1787<br>Owensboro KY 42302 | RB Farms<br>3810 Old Hopkinsville Rd<br>Cadiz KY 42211 |
| Terry Hoffman<br>650 Wallonia Road<br>Princeton KY 42445 | United Propane Gas<br>PO Box 1165<br>Hopkinsville KY 42241-1165 | US Attorney's Office<br>10 W. Market St #2100<br>Indianapolis IN 46204-3048 |
| USDA-FSA<br>3237 Eagle Way Bypass<br>Hopkinsville KY 42240 | Vance W. Cook<br>120 E. Main Street<br>Princeton KY 42445 | |