UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

IN RE:                                                                        CASE NO. 09-51162
                                                                                                     CHAPTER 12

**COBB P & G, INC.**
                **DEBTOR**

## OBJECTION TO CONFIRMATION

Comes the Trustee appointed herein, and objects to the Debtor's Plan of Reorganization filed January 4, 2010, on the following grounds:

1.      The Plan is not feasible. The Plan proposes to pay the secured claim of Integra Bank, NA, guaranteed by Farm Service Agency, the sum of $25,000.00 no later than thirty days following the effective date of the Plan, and a second payment of $25,000.00 thirty days thereafter. The Debtor's projected cash flow chart attached to the Plan, however, while it itemizes the $25,000.00 payment to be made in March and April of 2010, it does not indicate that funds will be on hand to make that payment. The chart reflects receipts of $.00 for the months of both January and February of 2010, or otherwise the first two months of the Plan. It does reflect "cash from liquidation" for that period of time totaling $11,150.00, but does not reflect what the source of that liquidation will be. The chart goes on for the month of March to reflect receipts of $3,000.00, which by itself would be insufficient to make the scheduled $25,000.00 payment. It reflects cash from liquidation for that month of $53,400.00, but does not indicate the source of those funds or what is to be liquidated for the purpose of securing that sum. The chart reflects cash flow losses in the months of February, March, April, May, June, July and August of 2010, and appears to represent that those losses would be made up by cash from liquidation, but without identifying any basis on which to substantiate that cash will be received.

2. The Plan does not adequately address the means of implementation. As pointed out in the preceding objection, the Plan on its face appears to reflect income from a liquidation without identifying what it is that is going to be liquidated, or why creditors or other parties in interest should believe that those sums of money will actually be obtained. The month of March 2010, the first month scheduled for a payment to creditors, is illustrative of the issue. The chart attached to the Plan reflects that no hogs or pigs will be sold in that month and that the only income will be $3,000.00 from land rent. Nevertheless, it reflects "cash from liquidation" of $53,400.00 without indicating the source of that funding. In that particular month, the chart appears to reflect that from an income of $3,000.00 the Debtor is going to make distributions for business expenses and scheduled payments of $27,000.00, which would appear to leave a shortfall of $24,000.00.

/s/ Harry L. Mathison
Harry L. Mathison, Trustee
127 North Main St.
P. O. Box 43
Henderson, KY 42419-0043
Tel: (270) 827-1852
Fax: (270) 826-7729

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Objection to Confirmation was filed electronically with the Court and served upon the following parties on this 21st day of January, 2010:

Hon. Sandra D. Freeburgher
**DEITZ, SHIELDS & FREEBURGER, LLP**
101 First Street
P.O. Box 21
Henderson, Kentucky 42419-0021
Tel: (270) 830-0830
Fax: (270) 830-9115

Hon. Andrew C. Ozete
**BAMBERGER, FOREMAN, OSWALD & HAHN, LLP**
P.O. Box 657
Evansville, Indiana 47704
Tel: (812) 425-1591

/s/ *Harry L. Mathison*
Harry L. Mathison, Trustee