Month of December, 2009

## CHAPTER 12 CASE

NAME OF DEBTOR: Cobb P+G, Inc.

CASE NO.: 09-51162

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. <u>Cash Received During Month (Itemized)</u>: (See Attached)

    <u>Item & Quantity Sold</u>    $ 18,235.00

New loan received this month (if any): $ 1500.00

Wages earned from outside work: $ _____

Other receipts: $ _____

    Total Cash Receipts    $ 19,735.00

II. <u>Expenses Paid</u>: (See Attached)

Total amount paid for household
or living expense: $ -0-

Operating expenses paid (itemize):

<u>Item</u>                    Amount

(Dec-1)

Plan payments made to Chapter 12 Trustee    $ -0-

Direct payments to creditors (as required by plan):

Date   Creditor           Check No.   Amount

Total of direct payments   $ -0-

TOTAL EXPENSES PAID DURING MONTH    $ 19,888.00

Losses due to crop failure or damage    $
Losses due to death or disease of
livestock or poultry    $

PROFIT (or loss) FOR MONTH    $ (153)

III. <u>Cash Reconciliation:</u>

Cash and Bank Accounts Balance at
Beginning of Month:    $ 194.00

Income (or Loss) During Month:    $ (153.00)

Cash and Bank Account Balance at End of Month:    $ 41.00

IV. Expenses charged but not paid during month (itemize):

Expense    $ -0-


(Dec-2)

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

\_\_1-20-2010_____     _____Terry Hol\_\_ Pres.\_\_\_\_
Date                              Debtor/Officer of Debtor



Dec-3

## Cobb P & G, Inc. - Last month:4
### 12/1/2009 through 12/31/2009

1/21/2010    Page 1

| Category Description | 12/1/2009-12/31/2009 | OVERALL TOTAL |
|---|---:|---:|
| **INCOME** | | |
| Hay Sales | 0 | 0 |
| Livestock Sales | 18,235 | 18,235 |
| Rental Income | 0 | 0 |
| FROM Officer Loans | 1,500 | 1,500 |
| **TOTAL INCOME** | **19,735** | **19,735** |
| **EXPENSES** | | |
| Breeding Expense | 1,000 | 1,000 |
| Feed Expense | 10,456 | 10,456 |
| Freight & Trucking | 1,004 | 1,004 |
| H2A Expenses | 1,543 | 1,543 |
| Insurance | 0 | 0 |
| Interest Expense | 96 | 96 |
| Labor | 2,791 | 2,791 |
| Office Expense | 99 | 99 |
| Repairs | 328 | 328 |
| Utilities | 1,696 | 1,696 |
| Vehicle Expense | 874 | 874 |
| Veterinary Expenses | 0 | 0 |
| **TOTAL EXPENSES** | **19,888** | **19,888** |
| **OVERALL TOTAL** | **-152** | **-152** |



Dec-4