UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 12 |
| COBB P&G, INC. | ) | |
| | ) | Case No. 09-51162 |
| Debtor | ) | |
| | ) | |
| | ) | |

**OBJECTION OF THE UNITED STATES TO CONFIRMATION OF PLAN**

Comes the United States of America on behalf of its agency, Farm Service Agency ("FSA") f/k/a Farmers Home Administration ("FmHA"), and hereby objects to the confirmation fo the Cobb P&G, Inc. Plan of Reorganization.

## 1. LACK OF FEASIBILITY

The basic objection of FSA is that of feasibility.  This objection has been raised by the Trustee in a pleading filed January 22, 2010.  The objection and the specific examples given by the Trustee should be given great weight by the Court.

The undersigned on behalf of FSA will amplify one specific objection of the Trustee regarding "cash from liquidation" income as shown in the plan.  FSA has a lien on and I quote:

> All farm and other equipment and inventory now owned or hereafter acquired by Debtor together with all replacements, substitutes, additions, and accessions thereto...

This Security Agreement was entered into December 4, 2008 which is prior to this bankruptcy action and thereby all equipment sold by the Debtor cannot be used for cash flow of the plan without the permission of FSA and such permission has NOT be obtained. FSA is the first lien holder on equipment, crops (none known) and real estate (100 acres).

Further the livestock as referred to in the Security Agreement (hogs in this instance) is subject to similar restrictions. NO permission from FSA has been obtained to dispose of secured livestock. FSA is a second lien holder on the livestock.

In plan terms "cash for liquidation" funds are highly likely to be proceeds from secured property and such proceeds from the sale of secured property cannot be used for funding the hog operation. The Debtor must be required to specifically show what is being liquidated according to his plan because there is not positive cash flow in some months without liquidation funds.

## 2. REDUCTION OF DEBT TO BANK AND ITS IMPACT ON FSA

The plan as proposed "writes off" $47,782.67 of the secured debt to the bank. This reduction directly costs FSA 90% of that amount due to the Bank's loan being 90% insured by FSA.

## 3. LOSS OF COLLATERAL

In a January 20, 2010 review of collateral by Integra Bank their agent is reporting that the total of all pigs is 2374. The November 2009 Bank review and the number of animals reported

sold by the Debtor since then would indicate their should be 3110 animals on hand.  The apparent difference of 736 animals will need to be explained by the Debtor.  The attorney for the Bank I am sure will expand on this topic both in their pleadings and orally at the confirmation hearing.

   FSA does not consider this plan to be feasible and urges the Court to deny confirmation of this plan or to dismiss the bankruptcy if the Bank's finding of loss of collateral is found to be creditable.  Proposed alternative orders are attached.

   This Court may give the debtors the benefit of the doubt in deciding whether to confirm the Plan, but not blindly confirm a plan that is incapable of a positive cash flow based on realistic and objective facts as opposed to visionary or overly optimistic projections.  See <u>In re Sauer</u>, 223 B.R. 715, 727 (Bkrtcy D.N.D. 1998).

Respectfully submitted,
CANDACE G. HILL
United States Attorney

s/ Michael F. Spalding
Michael F. Spalding
Assistant United States Attorney
510 W. Broadway, 10th Floor
Louisville, Kentucky  40202
Phone: (502) 625-7073
Fax: (502) 625-7110

CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was mailed or sent notice via the Court's electronic notification system this 15th day of February, 2010 to counsel of record.

Sandra Freeburger
P.O. Box 21
Henderson, KY 42419-0021

Joseph Golden
Assistant U.S. Trustee
U.S. Gene Snyder Courthouse
601 W. Broadway, #512
Louisville, KY 40202

Harry L. Mathison
127 North Main Street
Henderson, KY 42419

Andrew Ozete
Bamberger, Foreman, Oswald and Hahn, LLP
20 NW Fourth Street, 7th Floor
Evansville, IN 47704

        s/ Michael F. Spalding
        Assistant United States Attorney